UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

CLOVIS WILLIAMS,

          Defendant.

CASE NO.: 26 MJ 934

(NDNY No. 26 MJ 56 (MJK))

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having been informed by the Government that a grand jury of the Northern District of New York returned an indictment against Defendant Clovis Williams on April 2, 2026, the preliminary hearing previously scheduled for April 3, 2026 is CANCELLED.

Dated:      New York, New York
           April 3, 2026

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**